# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Thomas E Uthe and<br>Jodie L Uthe,<br>                       Debtors. | Chapter 7<br>Case No. 24-014951-lmj7<br>Adversary No. 25-30013 |
| TERRY LEHRMAN,<br>           Plaintiff,<br>vs.<br>Thomas E Uthe and<br>Jodie L Uthe,<br>           Defendants. | **STIPULATION RE: SCHEDULING ORDER AND ORDER FOR TRIAL** |

## STIPULATION REGARDING SCHEDULING

1. All discovery in this matter shall be concluded no later than **August 29, 2025.**

2. Pleadings shall close **September 30, 2025.**

3. All dispositive motions shall be filed on or before **October 31** pursuant to Rule 56(b).

4. Parties must disclose experts by **90 days before trial**, and rebuttal experts by **30 days before trial.**

5. Fed. R. Civ. P. 26(a)(1) and (f) do not apply in this adversary proceeding.

6. Settlement or Trial Stipulation regarding: Facts, Exhibits, Issues, and Witnesses. The parties shall file a consent order disposing of the case or a trial stipulation regarding facts, exhibits, issues, and witnesses with the Clerk of Court no later than 14 days before the date set for trial.

7. The parties estimate two days will be needed for the trial in this matter.


Dated: June 16, 2025.

1

CONSENTED TO BY AND BETWEEN:

By: */s/ Allison M. Steuterman*
Allison M. Steuterman (AT0007558)
Brick Gentry, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Tel: (515) 274-1450
Facsimile: (515) 274-1488
asteuterman@brickgentrylaw.com
ATTORNEY FOR TERRY LEHRMAN


*/s/ Robb D. Goedicke*
Robb D. Goedicke (AT0002845)
Neighborhood Law Group of Iowa, P.C.
1601 West Lakes Pkwy, Suite 210
West Des Moines, Iowa 50266
Tel: (515) 225-1499
Facsimile: (515) 650-9320
robb@nlgiowa.com
ATTORNEY FOR DEBTORS